**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Belk Logistics LLC dba Belk Express; and Mobile Street Holdings, LLC,<br><br>Defendants. | Adv. No. 25-51271 |

**NOTICE OF SCHEDULING OF MEDIATION**

PLEASE TAKE NOTICE that, pursuant to the Court's Order Establishing Streamlined Procedures the above-captioned adversary proceeding has been scheduled for mediation before Eric Haber, Esq. (the "Mediator") on July 22, 2026 at 10:00 a.m. ET (Eastern Time) via video conferencing.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: June 2, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: *<u>/s/ Peter J. Keane</u>*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., MN SBN 0266292
Nicholas C. Brown
NC SBN 38054
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3867
Email: nbrown@askllp.com

*Counsel for Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Belk Logistics LLC dba Belk Express; and Mobile Street Holdings, LLC,<br><br>Defendants. | Adv. No. 25-51271 |

**CERTIFICATE OF SERVICE**

I, Joseph L. Steinfeld, Jr., Esquire, hereby certify that on June 2, 2026, a copy of the ***Notice of Scheduling of Mediation*** was caused to be served on the following via First-Class Mail:

Ronald S. Gellert, Esq.
GELLERT SEITZ BUSENKELL & BROWN LLC
1201 N Orange St, 3rd Fl
Wilmington, DE 19801

Magdalena Zalewski, Esq.
THE LAW OFFICE OF MAGDALENA ZALEWSKI
1606 E Las Olas Blvd
Ft Lauderdale, FL 33301

Katherine Good, Esq.
POTTER ANDERSON & CORROON LLP
1313 N Market St, 6th Fl
Wilmington, DE 19801

Eric Winston, Esq.
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017

Dated: June 2, 2026

**ASK LLP**

By: /s/ *Joseph L. Steinfeld, Jr*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*Counsel for Plaintiff*